
George C. Paine, II
US Bankruptcy Judge
Dated: 05/25/11



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                    CASE NO. 10-03861-GP3-13
JAMES DAVID GOODSON
JUDITH ELAINE GOODSON
2906 MCLEMORE CIRCLE
FRANKLIN, TN  37064

SSN XXX-XX-7999       SSN XXX-XX-2650                    04/27/2011

### ORDER TO MODIFY CHAPTER 13 PLAN
### TO MODIFY OR ADD CONTINUING PAYMENT

It appearing to the Court that the Trustee has filed a Motion to Modify plan pursuant to Rule 9013-1 of the local rules of Bankruptcy Court for the Middle District of Tennessee and that no objections thereto have been timely filed so that the Trustees Motion should be granted as requested. It is therefore ordered that the Debtor(s)plan shall be amended as follows:

The continuing **mortgage** payment made to **BAC HOME LOANS SERVICING** shall increase from **$297.79 to $423.03** beginning with the **3/11** disbursement.

The base shall **be $687,245.**

PLEASE TAKE NOTE: The granting of this motion could impact the below listed creditors in that the Trustee is seeking to cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution to secured creditors.
Impacted creditors are:

**BAC HOME LOANS SERVICING** at **$4353.36** per month.
**KEYBANK** at **$456.81** per month.
**CHRYSLER FINANCIAL SERVICES AMERICAS LLC** at **$422.00** per month.
**UNITED STATES TREASURY** at **$513.00** per month.
**BLUEGREEN CORP** at **$168.72** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.