
George C. Paine, II
US Bankruptcy Judge
Dated: 06/22/11



TW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  CASE NO. 10-03861-GP3-13

JAMES DAVID GOODSON  06/21/11
JUDITH ELAINE GOODSON
2906 MCLEMORE CIRCLE
FRANKLIN, TN  37064
SSN XXX-XX-7999        SSN XXX-XX-2650

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT**

**PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

The continuing **mortgage** payment made to **BAC HOME LOANS SERVICING** shall increase from **$4,353.36 to $4,420.91** beginning with the **07/11** disbursement.

The base shall **be $687,245.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors.
Impacted creditors may be:

**BAC HOME LOANS SERVICING** at **$468.23** per month.

**KEYBANK** at **$456.81** per month.

**CHRYSLER FINANCIAL SERVICES AMERICAS LLC** at **$422.00** per month.

**UNITED STATES TREASURY** at **$513.00** per month.

**BLUEGREEN CORP** at **$168.72** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                    ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                          OF THE FIRST PAGE.
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

NOTICE TO:

JAMES DAVID GOODSON & JUDITH ELAINE GOODSON, 2906 MCLEMORE CIRCLE, FRANKLIN, TN  37064
PERRY R HAPPELL  MCCUNE ZENNER HAPPELL PLLC, 101 LEA AVE, NASHVILLE, TN  37210

BAC HOME LOANS SERVICING 7105 CORPORATE DR PTX-A-274, PLANO, TX 75024

PROBER AND RAPHAEL A LAW CORPORATION 20750 VENTURA BOULEVARD STE 100, WOODLAND HILLS, CA 91364

**AFFECTED CREDITORS**

BAC HOME LOANS SERVICING

KEYBANK

CHRYSLER FINANCIAL SERVICES AMERICAS L

UNITED STATES TREASURY

BLUEGREEN CORP

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.